UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| KEVIN R. CAMPBELL, | ) | |
| Plaintiff,. | ) | |
| | ) | |
| v. | ) | CASE NO. |
| | ) | |
| REGAL ASSETS, LLC. and | ) | |
| KINGDOM TRUST COMPANY, | ) | |
| Defendant(s). | ) | |

## COMPLAINT

Comes now Kevin R. Campbell ("Plaintiff") and for his Complaint against Regal Assets, LLC ("RA") and Kingdom Trust Company ("KTC") together the ("Defendants") states as follows:

## PARTIES

1.  Kevin Campbell is an individual, over the age of 18, with the capacity to contract and resides in Fort Wayne, Indiana, Allen County, and is a citizen of Indiana.

2.  Defendant, RA, is a limited liability with its headquarters located at 280 South Beverly Drive, 5th Floor Beverly Hills, CA 90212, and is a Delaware limited liability company.

3. Defendant, KTC, is a company with its headquarters located 1105 State Route 121 North Suite B Murray, KY 42071, and is a Kentucky Company.

## JURISDICTION AND VENUE

4.  This Court has jurisdiction in accordance with 28 U.S.C. § 1332 (diversity of citizenship and the amount in controversy) in that the Plaintiff is an Indiana resident.

5.Complete diversity exists in that the first Defendant, RA, is headquartered in California and is presumed to be a Delaware limited liability company.

6.  Complete diversity exists in that the second Defendant, KTC, is headquartered in Kentucky, and is presumed to be an Kentucky company.

7.  Plaintiff contends that the amount of damages suffered and the amount in controversy

1

presented in this action exceeds seventy-five thousand dollars ($75,000.00).

        8. Venue is appropriate in the United State District Court for the Northern District of Indiana, Fort Wayne Division as this is the judical district of the Plaintiff's principal residence.

### FACTS COMMON TO ALL COUNTS

8.     Plaintiff sought in March 22, 2021, to set up an account with KTC to purchase gold through RA, the CEO Tyler Gallagher sent an email confirmation confirming the ability to accept and complete the transaction, said emails is attached hereto and made a part hereof as Exhibit A.

9.     Plaintiff was using KTC as an intermediary to purchase precious metals in his 401K that was from another 401k account the Plaintiff had with another financial institution.

10.     Plaintiff filled out the account transfer form for KTC to wire $250,000.00 to his trust account with KTC with the number RAP032908, said Account Transfer document is attached hereto and made a part hereof as Exhibit B.

11.     The money was transferred to KTC an account per the above.

12.     RA issued an Invoice to KTC FBO Kevin R. Campbell on April 9, 2021 for the purchase of precious metals, said invoice is attached hereto and made a part hereof as Exhibit C.

13.     The money was supposedly sent to RA per a Fee Action Request from was produced to purchase the metals and charged Plaintiff $175.00 in fees he paid with a credit card on or around May 7, 2021, said document is attached hereto and made a part hereof as Exhibit D.

14.     Plaintiff waited until July 28, 2021 and contacted RA regarding the lack of gold being put into his account. On the same day RA CEO responds he will address it with his team. The email chain is attached hereto and made a part hereof as Exhibit E.

15.     KTC issued reports for the Kevin R. Campbell Traditional IRA and indicated the account balance of $250,000.00 from 1/1/2021 to 12/31/2021, and indicated a "pending precious metals purchase", per the statement attached hereto and made a part hereof as Exhibit F.

16.     KTC issued to Plaintiff a Form 5468 for 2021 that indicated a value of $250,000.00, said statement is attached hereto and made a part hereof as Exhibit

G.

17.  KTC then issued a letter on January 20, 2022, indicating it will cease working with RA anymore, yet will work with RA to complete all pending orders. Said letter is attached hereto and made a part hereof as Exhibit H.

18.  KTC then issued an additional letter dated July 1, 2022, indicating a similar course of action, yet the order has not been completed. Said letter is attached hereto and made a part hereof as Exhibit I.

19.  Plaintiff contacted counsel to contact RA in August 2022 and he sent an email demanding return of the $250,000 to KTC. Said email is attached hereto and made a part hereof as Exhibit J.

20.  RA failed to respond and has not responded to the Plaintiff or his counsel.

21.  On August 30, 2022, counsel for Plaintiff sent a demand and indicated failure to turn over assets would result in a claim for conversion, violation of fiduciary duty, and fraud. Said letter is attached hereto and made a part hereof as Exhibit K.

## Count I--BREACH OF CONTRACT

22.  Plaintiff incorporates by reference the above allegations of fact paragraphs 1-21 as fully set forth herein.

23.  KTC and RA had a contract with Plaintiff to purchase precious metals for him.

24.  The contract was breached by KTC and RA as no metals were purchased and the Plaintiff is out $250,000.00.

25.  The Plaintiff demanded a refund of the money and the breach continues.

26.  The Plaintiff should be given pre-judgment interest on his money as he has been without the use of the money during this time.

WHEREFORE, Plaintiff prays for a judgement against KTC and RA for the $250,000.00 plus pre-judgment interest and all other relief that is just and proper.

## Count II–BREACH OF FIDUCIARY DUTY

27.  Plaintiff incorporates by reference the above allegations contained in paragraph 1-26 as fully set forth herein.

3

28.  KTC is a fiduciary as an agent that holds money for individuals as a business.

29.  RA is a fiduciary as an agent that holds money or assets for individuals as a business.

30.  KTC and RA breach its fiduciary duty to the Plaintiff in that they have refused to return the $250,000.00 intrusted to them to accomplish the contracted objective.

31.  KTC and RA have breach their fiduciary duty by not returning the $250,000.00 to Plaintiff.

32.  KTC and/or RA have the $250,000.00 that has been transferred to them and Plaintiff has not received the precious metals in his account for a term of more than fourteen (14) months.

33.  KTC and/or RA have benefitted from use and control of Plaintiff's $250,000.00 for their purposes as there has been no benefit to Plaintiff.

34.  KTC and/or RA are fiduciary as defined by Indiana Code 6-3-1-7, "fiduciary" means any guardian, trustee, executor, administrator, receiver, conservator, or any person, whether individual or corporate, acting in any fiduciary capacity for any individual, trust, guardian or estate.

WHEREFORE, Plaintiff seeks judgement against Defendants KTC and/or RA for their breach of fiduciary duty to him and for the recovery of $250,000.00 plus pre-judgment interest and cost and further relief as is just in the premises.

### Count III–FRAUD

35.  Plaintiff incorporates and reasserts paragraphs 1-35 as if fully restated herein.

36.  KTC and/or RA represented to Plaintiff the $250,000.00 could be put in the care and trust to purchase precious metals to benefit his 401K.

37.  At the time they made the representations they did not intend to purchase the precious metals to benefit Plantiff's 401K.

38.  KTC and/or RA have kept the $250,000.00 and no precious metals have been purchased or produced.

39.  KTC and/or RA made representations by emails that the metals would be purchased and they have will seek to have great customer service.

4

40.   Despite more than a full year KTC and/or RA knew they were not going to provide the precious metals.

41.   Despite the demand letter of Plaintiff's counsel no money has been returned and not precious metals have been purchased in the Plaintiff's 401K.

42.   KTC and RA's actions or concert of actions violated Indiana Code § 35-43-5-4.

43.   Pursuant to Indiana Code § 34-21-3-1 the Plaintiff should receive treble damages, cost, and attorney fees.

WHEREFORE, Plaintiff prays for judgment against the Defendants for the $250,000.00, treble damages, cost, attorney's fees, and all other relief that is just and proper.

## Count IV–CONVERSION

44.   Plaintiff incorporates and reasserts paragraphs 1-43 as if fully restated herein.

45.   KTC and RA obtained the $250,000.00 from Plaintiff under a false promise of purchasing precious metals.

46.   Plaintiff worked with them for more than 12 months to allow them time to work through issues.

47.   Plaintiff demanded the return of the $250,000.00 through counsel and allowed the return of the property for ten (10) days.

48.   As of September 28, 2022, the property has not been returned to the Plaintiff.

49.   As of the September 28, 2022 no precious metals have been purchased in Plaintiff's 401K for him.

50.   The Defendants have violated Indiana Code §35-43-4-3 Conversion.

51.   Pursuant to Indiana Code § 34-21-3-1 the Plaintiff should receive treble damages, cost, and attorney fees.

WHEREFORE, Plaintiff prays for judgment against the Defendants for the $250,000.00, treble damages, cost, attorney's fees, and all other relief that is just and proper.

## Count V-PUNITIVE DAMAGES

52.   Plaintiff incorporates and reasserts paragraphs 1-51 as if fully restated herein.

53.    The Defendants actions herein are so egregious the warrant punitive damages.

54.    Plaintiff has sought out reliable companies to invest his 401K retirement founds to protect his families future.

55.    The Defendants either through extreme recklessness or an out right nefarious scheme have deprived the Defendant of his $250,000.00 investment for more than four-teen (14) months.

56.    The demands and request for cure were ignored.

57.    The Defendants acts will continue to hurt innocent investors if not curbed.

58.    The Plaintiff is entitled to Punitive damages based on the Defendants conduct and total disregard for his investment under Indiana Code § 34-51-3-1.

WHEREFORE, Plaintiff prays for judgment against the Defendants for the $250,000.00, punitive damages, cost, attorney's fees, and all other relief that is just and proper.

Respectfully submitted,

/s/ R David Boyer, II
R. DAVID BOYER, II
110 WEST BERRY ST., STE. 1910
FORT WAYNE, IN 46802
260.407.7123 (PHONE)
ATTORNEY FOR KEVIN R. CAMPBELL
SUPREME COURT I.D. 20808-02

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was served on the following, by Electronic Case System to the following on the 5th day of October, 2022.

All Parties of Record

/s/ R. David Boyer, II
R. DAVID BOYER, II

6

# Exhibit A

## Kevin, I am the CEO of Regal Assets

From: tgallagher=regalassets.com@RegalAssets.securesend.org
(tgallagher=regalassets.com@regalassets.securesend.org)

To: k.campbell1@frontier.com

Date: Monday, March 22, 2021 at 11:19 AM EDT

Kevin,

My name is Tyler Gallagher and I am the current CEO of Regal Assets. I wanted to personally take the time to introduce myself to you because I know how important this moment is for you. Regal Assets was built around putting the client first, which starts with proper communication and proper communication starts from the top. I have made it my goal since starting with Regal Assets in 2009 to provide a customer service experience like no other in our industry.

Kevin, I want you to receive nothing short of a five star customer service experience with Regal Assets. This is something I take very seriously because I know that you can take your business anywhere. It is important for me to stay on top of our customer service experience and to not let it slide. I would appreciate greatly if you could help me do that. I can be reached anytime via email it does not matter what time of day or week. I would be eternally grateful for all feedback good or bad. This type of feedback is what has helped us build Regal Assets into the incredible international company it is today.

Thank you again for your interest in Regal Assets and allowing us the privilege of working with you. I hope to hear from you in the near future.

Sincerely,

Tyler Gallagher

**Regal Assets | Chief Executive Officer**

200 West State Highway 6, 4th Floor | Waco, TX 76712 | 1 903 308 6433

Main: 1 877 962 1133 | Fax: 1 877 962 1551 | www.regalassets.com



Confidential Material Warning - This email and any files or attachments transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If the reader of this e-mail is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any use, dissemination, distribution, forwarding, or copying of this email or any files or attachments by anyone other than the intended recipient, or an employee or agent responsible for delivery of the message to the intended recipient, is strictly prohibited.

This message was sent to k.campbell1@frontier.com. If you don't want to receive these emails from this organization in the future, please unsubscribe.

# Exhibit B



# KINGDOM TRUST

1105 State Route 121 North, Suite B
P.O. Box 870 ■ Murray, KY 42071
Office: 270.226.1000 ■ Fax: 270.226.1001
TF: 888.753.6972 ■ KingdomTrust.com

# Account Transfer
## *For All Account Types*

## SECTION 1 - Account Holder Information

Full Name: **Kevin R. Campbell**     Date of Birth: **09/30/1954**

Social Security Number:     Kingdom Trust Account Number: **RAP032908**

Address: **9087 River Hollow CV**

City: **Fort Wayne**     State: **IN**     ZIP Code: **46835**

Daytime Phone Number: **(260) 249-7595**     Email Address: **k.campbell1@frontier.com**

**Kingdom Trust Account Type:**   [X] Traditional IRA   [ ] Roth IRA   [ ] SEP IRA   [ ] SIMPLE IRA   [ ] Beneficiary IRA
[ ] Individual   [ ] Joint   [ ] Trust   [ ] Business

## SECTION 2 - Releasing Custodian Information

Company: **Fidelity Advisor Funds**     Contact:

Address: **100 Crosby Parkway Mail Zone KC1G**

City: **Covington**     State: **KY**     ZIP Code: **41015**

Phone Number: **800-522-7297/ FAX 888-321-7349**     Account Number (with Releasing Custodian): **Y97114388**

### PLEASE ENCLOSE A CURRENT STATEMENT FROM THE ACCOUNT BEING TRANSFERRED

## SECTION 3 - Transfer Instructions     *Please request expanded form if more space required.*

Directly transfer all or part of my present account with your organization in the manner indicated below:

Accepting Organization Name: **The Kingdom Trust Company, Custodian, FBO**     Participant Name: **Kevin R. Campbell**

Kingdom Trust Account Number: **RAP032908**     Date First Participated:     *(To be completed by present custodian/trustee)*

**Type of Account Being Transferred:**   [X] Traditional IRA   [ ] Roth IRA   [ ] SEP IRA   [ ] SIMPLE IRA*   [ ] Beneficiary IRA
[ ] Individual   [ ] Joint   [ ] Trust   [ ] Business

*\* A SIMPLE IRA may only be transferred to another SIMPLE IRA if plan participation is less than two years. After you have participated in your employer's SIMPLE plan for two years, however, you may transfer from a SIMPLE IRA to to any other IRA other than a Roth IRA or may convert it to a Roth IRA.*

*Transfer the assets in the manner prescribed below:*

| Asset Description | Quantity in Account | Quantity to Transfer | Transfer as Cash | Transfer In-Kind |
|---|---|---|---|---|
| Cash | | 250,000.00 | [X] | [ ] |
| | | | [ ] | [ ] |
| | | | [ ] | [ ] |
| | | | [ ] | [ ] |
| | | | [ ] | [ ] |

**This Will** *(check one)*   [ ] Completely Transfer (and Close) My Current Account   [X] Partially Transfer My Current Account

*I am aware that penalties may be incurred if time deposits are liquidated prior to their maturity date.*

*INTERNAL USE ONLY:* © Kingdom Trust 2019 - Account Transfer     *Page 1 of 3*

 **KINGDOM TRUST**                                                    Account Transfer

## SECTION 4 - Delivery Instructions

Indicate how your current custodian should send funds and releasing documents to Kingdom Trust by choosing one of the options below.

**Delivery Options for Check Payments/Wire Transfers:**

☒ **Wire***

☐ **Overnight Check (FedEx or UPS)***
Kingdom Trust
1105 State Route 121 N., Suite B
Murray, KY 42071

☐ **Mail Check (U.S. Postal Service)**
Kingdom Trust
P.O. Box 870
Murray, KY 42071

When sending a check, whether through regular mail or overnight delivery, please be aware that funds will not be available for 2 days after the deposit has been made. **Please make check payable to the account, such as "The Kingdom Trust Company, Custodian, FBO Account Holder's name, Account Number" for a Kingdom Trust IRA.**

**Delivery Options for Releasing Documents (In-Kind Transfers):**

☐ **Overnight Paperwork (FedEx or UPS)***
Kingdom Trust
1105 State Route 121 N., Suite B
Murray, KY 42071

☐ **Mail Paperwork (U.S. Postal Service)**
Kingdom Trust
P.O. Box 870
Murray, KY 42071

*Please check with releasing custodian, as additional fees may apply.*

## SECTION 5 - Depository Options                              *This section is REQUIRED if transferring precious metals.*

Please choose a depository option by checking the box immediately to the left of the Depository you wish to use (and doing the same for a specific location, if applicable). Once you have made your election(s), please choose whether you wish to have your metals stored in a non-segregated manner (aggregated together with the metals owned by other Kingdom Trust account holders) or in a segregated manner (stored separate from the metals owned by other Kingdom Trust account holders but still within the storage space leased to Kingdom Trust) by checking the box immediately to the left of your choice, if applicable.

☐ **Brinks Global Services***

☐ Non-Segregated Storage                    ☐ Segregated Storage

○ **California:** 1120 W. Venice Blvd., Los Angeles, CA 90015

○ **New York:** 184-45 147th Ave., Springfield Gardens, NY 11413

○ **Utah:** 2179 S. 300 W., Ste. 4, Salt Lake City, UT 84115

☐ **Delaware Depository** 3601 North Market St., Wilmington, DE 19802

☐ **First State Depository** 100 Todds Lane, Wilmington, DE 19802

☐ Non-Segregated Storage                    ☐ Segregated Storage (Gold Only)

☐ **International Depository Services (IDS)**

**SEGREGATED STORAGE ONLY**

○ **Canada:** 3300 Caroga Dr., Mississauga, ON, Canada LV4 1L4**

☐ Non-Segregated Storage                    ☐ Segregated Storage

○ **United States:** 406 West Basin Rd., New Castle, DE 19720

☐ **Texas Precious Metals Depository** 959 State Hwy 95N, Shiner, TX 77984

**SEGREGATED STORAGE ONLY**

Sub-Account Number: [                    ]

**IF TRANSFERRING IN-KIND, A STATEMENT OF CURRENT METALS HOLDINGS MUST BE PROVIDED**

* There will be a handling charge of $25.00 per package for all material moved out of a Brinks account.
** In Ontario the Canadian government imposes a 13% Goods and Service Tax/Harmonized Sales Tax (GST/HST) on products entering Canada which do not meet a minimum purity requirement.

## SECTION 6 - Age 70 ½ Reminder                                                      *Applicable to IRA owners only.*

I understand that if this transfer occurs during or after the calendar year during which I attain the age of 70 ½, the required minimum amount determined under this IRA must still be distributed. I further understand that the current trustee/custodian is not responsible for making this distribution prior to the transfer. I accept full responsibility for satisfying the required minimum distribution applicable to this IRA by withdrawing sufficient amounts from another IRA prior to the deadline for receiving minimum distributions for the calendar year of the transfer. If this transfer leaves the transferor IRA in one year but does not reach the transferee IRA until the following year, I understand that this will be an "outstanding transfer" as of December 31. The new IRA must "deem" that the transfer was received as of the prior December 31 for determining any required minimum distribution from the transferee IRA for the year that the transfer was received. I will inform the transferee IRA trustee/custodian of any such outstanding transfer.

 **KINGDOM TRUST**

# Account Transfer

## SECTION 7 - General Provisions & Signatures

1.  If I have chosen a Depository above, I acknowledge that I, as the Account Holder, am also solely responsible for choosing the Depository in which the metals purchased are stored. I also warrant that I have performed the due diligence I deemed necessary on the Depository I have chosen. I also warrant that neither Kingdom Trust nor any of its employees or agents has made any representations or recommendations to me concerning the Depository I have chosen other than to advise me to perform my due diligence on any Depository I might consider.
2.  I acknowledge that Kingdom Trust is acting solely as a directed custodian and represent that it provided no tax, legal or investment advice.
3.  I have reviewed and hereby consent to the Kingdom Trust Fee Schedule, which outlines all fees associated with the purchase, sale, packing, shipping and storage of precious metals (if applicable).
4.  If transferring metals, I understand that all metals I direct to be transferred to my IRA or custodial account through Kingdom Trust will be stored at the Depository I have selected in Section 5 above and hereby agree to said storage. I agree that the Depository I selected shall be solely responsible for the storage and safekeeping of all precious metals in my account.
5.  I understand that commingling regular IRA contributions with previously rolled assets from an employer plan may preclude me from subsequently rolling over funds from my rollover "conduit" IRA into another qualified plan or 403(b) plan. With such knowledge, I authorize and direct the custodian/trustee to place these transferred IRA contribution assets in my rollover "conduit" IRA or visa versa. I acknowledge that certain transfers may be required to be reported to the IRS.
6.  I hereby indemnify and hold Kingdom Trust harmless from any and all damages arising from or in connection with this Account Transfer.

Participant's Signature:  **X** | | Date: |

Participant's Printed Name: | Kevin R. Campbell

**Medallion Stamp (If Required)***

*A medallion guarantee is only required when the asset being transferred is a security.*

**Accepting Organization** - *Our organization agrees to serve as the new custodian or trustee for the IRA or custodial account of the above-named individual, and as custodian or trustee, we agree to accept the assets being transferred.*

New Custodian or Trustee: | Kingdom Trust | | EIN Number: | 27-4336351

Address: | PO Box 870

City: | Murray | State: | KY | ZIP Code: | 42071

Authorized Signature for Accepting Organization:  **X** | | Date: |

*Kingdom Trust does not provide tax, legal or investment advice. It does not endorse or recommend any agent, company, or specific investment. Any information communicated by Kingdom Trust is solely for educational purposes and should not be construed as tax, legal or investment advice. Consultations with tax, legal and investment professionals is advised prior to making any decisions regarding your account.*

# Exhibit C



# INVOICE

**BILL TO**
Kingdom Trust Company FBO: Kevin
R. Campbell - IRA# RAP032908
comingled

**SHIP TO**
Delaware Depository Services
Company
3601 North Market Street.
Wilmington, DE 19802
IRA Account - RAP032908
FBO - Kevin R. Campbell

**INVOICE #** 4133
**DATE** 04/09/2021

**ACCOUNT #**
RAP032908

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 6 | 1 oz. Silver Canadian Maple Leaf | 32.20 | 193.20 |
| 3 | 5 gm. Gold Bar | 319.00 | 957.00 |
| 123 | 1 oz. Gold American Eagle | 2,023.00 | 248,829.00 |

200 West Highway 6, 4th Floor | Waco, TX 76712
Phone: +1 877-962-1133 | Fax: +1 877-962-1551 | Web:
www.regalassets.com

**BALANCE DUE**

# $249,979.20

# Exhibit D


KINGDOM TRUST

# Fee Action Request

| Client Name: | Kevin Campbell | Account Number: | RAP032908 |

## SECTION 1: Fee Type(s) and Requested Amount(s)

| | | $ | | | | $ | |
|---|---|---|---|---|---|---|---|
| ☐ Account Fees | | $ | | ☐ Outgoing Wire Fee (International) | | $ | |
| ☐ Asset Re-Registration Fee | | $ | | ☑ Precious Metals Storage or Depository Fees | | $ | 100.00 |
| ☐ Cashier's Check Fee | | $ | | ☑ Purchase, Sale, Exchange or In-Kind Contribution Fee | | $ | 40.00 |
| ☐ Check Disbursement Fee | | $ | | ☐ Real Estate Expense Fee (Per Item) | | $ | |
| ☐ Conversion or Recharacterization Fee | | $ | | ☐ Reprocessing Fee | | $ | |
| ☐ Insufficient Funds Fee* | | $ | | ☐ Rush Handling Fee | | $ | |
| ☐ Invoice Fee | | $ | | ☐ Setup Fee | | $ | |
| ☐ Late Asset Valuation Fee | | $ | | ☐ Shipping and Mailing Fee | | $ | |
| ☐ Late Payment Fee | | $ | | ☐ Tax Form Reprocessing Fee | | $ | |
| ☐ Medallions or Notarization Fee | | $ | | ☐ Termination Fee | | $ | |
| ☐ Misc. Activity, Extraordinary Items, or Research (Hourly) Fee | | $ | | ☐ Transfer Out Fee (Per Asset) | | $ | |
| ☑ Outgoing Wire Fee (Domestic) | | $ | 35.00 | ☐ Unclassified/Miscellaneous | | $ | |

*\* Includes Return Check or Stop Payment*

## SECTION 2: Total(s)

| Charge | $ | 175.00 | Refund | $ | | Waive | $ | |
|---|---|---|---|---|---|---|---|---|
| | | | | | *Requires Management Approval* | | | *Requires Management Approval If Over $50 Per Account* |

## SECTION 3: Payment Type(s) (Check Multiple Boxes for Split Payments)

| ☐ ACH | $ | | ☑ Credit Card | $ | 175.00 | ☐ Invoice | $ | |
|---|---|---|---|---|---|---|---|---|
| ☐ Check | $ | | ☐ Digital Wallet | $ | | ☐ Pull from Available Cash | $ | |

## SECTION 4: Notes/Details (If Applicable)

Take fees from Regal CC on file.
Please notify Clarisa when processed.

## SECTION 5: Signatures

| Requesting Employee Signature: | | Department: | IS | Date: | 05/07/21 |
|---|---|---|---|---|---|
| Double-Verifying Employee Signature: | | Department: | IS | Date: | 05/07/21 |

### Confirmation of Receipt and Processing

| Billing Department Employee Signature: | | Date: | |

© Kingdom Trust 2018 - Fee Action Request

Last Updated 09.23.18

# Exhibit E

## Re: Kevin, I am the CEO of Regal Assets

From: k.campbell1@frontier.com (k.campbell1@frontier.com)

To: tgallagher@regalassets.com

Date: Wednesday, July 28, 2021 at 03:28 PM EDT

Dear Mr. Gallagher,

I am very disappointed in what is happening with my purchase of metals. Started this process back in March and am still waiting for the metals to be deposited into an account I supposedly have with Kingdom Trust.

I have sent e-mails numerous times to Christian Howard with no response from him. The only thing he has done was to send one of my e-mails to and individual named Leah Donoso. I have e-mailed Mr. Donoso multiple times since he first responded and I am getting the run around with him. He writes back stating he is looking into it or will respond when he gets back and it is always me that contacts him again because I wait for weeks for his reply and nothing. This is going on almost 4 months now with nothing happening. I have also asked for updates as to what is happening and nothing. I am now at wits end and thought I would contact you hoping for some information. I have $250K sitting in Kingdom Trust I think not doing a thing. They tell me I will be contacted by Accunet when the metals arrive. This has also not happened. I request your help in this matter as I am not getting help from anyone else in Regal.

Regards,

Kevin Campbell
Tele.# (260) 249-7595

On Monday, March 22, 2021, 11:19:20 AM EDT, <tgallagher=regalassets.com@regalassets.securesend.org> wrote:

Kevin,

My name is Tyler Gallagher and I am the current CEO of Regal Assets. I wanted to personally take the time to introduce myself to you because I know how important this moment is for you. Regal Assets was built around putting the client first, which starts with proper communication and proper communication starts from the top. I have made it my goal since starting with Regal Assets in 2009 to provide a customer service experience like no other in our industry.

Kevin, I want you to receive nothing short of a five star customer service experience with Regal Assets. This is something I take very seriously because I know that you can take your business anywhere. It is important for me to stay on top of our customer service experience and to not let it slide. I would appreciate greatly if you could help me do that. I can be reached anytime via email it does not matter what time of day or week. I would be eternally grateful for all feedback good or bad. This type of feedback is what has helped us build Regal Assets into the incredible international company it is today.

Thank you again for your interest in Regal Assets and allowing us the privilege of working with you. I hope to hear from you in the near future.

Sincerely,

Tyler Gallagher

### Regal Assets  |  Chief Executive Officer

200 West State Highway 6, 4th Floor  |  Waco, TX 76712  |  1 903 308 6433

Main: 1 877 962 1133  |  Fax: 1 877 962 1551  |  www.regalassets.com



**Confidential Material Warning** - This email and any files or attachments transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If the reader of this e-mail is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any use, dissemination, distribution, forwarding, or copying of this email or any files or attachments by anyone other than the intended recipient, or an employee or agent responsible for delivery of the message to the intended recipient, is strictly prohibited.

This message was sent to k.campbell1@frontier.com. If you don't want to receive these emails from this organization in the future, please unsubscribe.

Re: Kevin, I am the CEO of Regal Assets

From: k.campbell1@frontier.com (k.campbell1@frontier.com)

To: tgallagher@regalassets.com

Date: Wednesday, August 4, 2021 at 08:14 PM EDT

It has been over a week and still nothing. I am still waiting for some information on what has happened. What do I need to do to get some answers?

On Wednesday, July 28, 2021, 3:50:44 PM EDT, Tyler Gallagher <tgallagher@regalassets.com> wrote:

Hi Kevin,

I will address this with our Team to see what is going on. This could very well be a vault issue with reporting. Thank you for bringing this to my attention.

Best,

Tyler Gallagher

**Regal Assets | Chief Executive Officer**

280 South Beverly Drive, 5th Floor | Beverly Hills, CA 90212 | 1 213 814 6608
Main: 1 877 962 1133 | Fax: 1 877 962 1551 | Web: www.regalassets.com

forwarding, or copying of this email or any files or attachments by anyone other than the intended recipient, or an employee or agent responsible for delivery of the message to the intended recipient, is strictly prohibited.

**From:** k.campbell1@frontier.com <k.campbell1@frontier.com>
**Sent:** Wednesday, July 28, 2021 12:28 PM
**To:** Tyler Gallagher <tgallagher@regalassets.com>
**Subject:** Re: Kevin, I am the CEO of Regal Assets

Dear Mr. Gallagher,

I am very disappointed in what is happening with my purchase of metals. Started this process back in March and am still waiting for the metals to be deposited into an account I supposedly have with Kingdom Trust.

I have sent e-mails numerous times to Christian Howard with no response from him. The only thing he has done was to send one of my e-mails to and individual named Leah Donoso. I have e-mailed Mr. Donoso multiple times since he first responded and I am getting the run around with him. He writes back stating he is looking into it or will respond when he gets back and it is always me that contacts him again because I wait for weeks for his reply and nothing. This is going on almost 4 months now with nothing happening. I have also asked for updates as to what is happening and nothing. I am now at wits end and thought I would contact you hoping for some information. I have $250K sitting in Kingdom Trust I think not doing a thing. They tell me I will be contacted by Accunet when the metals arrive. This has also not happened. I request your help in this matter as I am not getting help from anyone else in Regal.

Regards,

Kevin Campbell
Tele.# (260) 249-7595

On Monday, March 22, 2021, 11:19:20 AM EDT, <tgallagher=regalassets.com@regalassets.securesend.org> wrote:

Kevin,

My name is Tyler Gallagher and I am the current CEO of Regal Assets. I wanted to personally take the time to introduce myself to you because I know how important this moment is for you. Regal Assets was built around putting the client first, which starts with proper communication and proper communication starts from the top. I have made it my goal since starting with Regal Assets in 2009 to provide a customer service experience like no other in our industry.

Kevin, I want you to receive nothing short of a five star customer service experience with Regal Assets. This is something I take very seriously because I know that you can take your business anywhere. It is important for me to stay on top of our customer service experience and to not let it slide. I would appreciate greatly if you could help me do that. I can be reached anytime via email it does not matter what time of day or week. I would be eternally grateful for all feedback good or bad. This type of feedback is what has helped us build Regal Assets into the incredible international company it is today.

Thank you again for your interest in Regal Assets and allowing us the privilege of working with you. I hope to hear from you in the near future.

Sincerely,

Tyler Gallagher

**Regal Assets**   |   **Chief Executive Officer**

200 West State Highway 6, 4th Floor   |   Waco, TX 76712   |   1 903 308 6433

Main: 1 877 962 1133   |   Fax: 1 877 962 1551   |   www.regalassets.com



**Confidential Material Warning** - This email and any files or attachments transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If the reader of this e-mail is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any use, dissemination, distribution, forwarding, or copying of this email or any files or attachments by anyone other than the intended recipient, or an employee or agent responsible for delivery of the message to the intended recipient, is strictly prohibited.

This message was sent to k.campbell1@frontier.com. If you don't want to receive these emails from this organization in the future, please unsubscribe.

## Re: Kevin, I am the CEO of Regal Assets

From: Tyler Gallagher (tgallagher@regalassets.com)

To: k.campbell1@frontier.com

Date: Wednesday, August 4, 2021 at 11:09 PM EDT


Hello Kevin,

I personally reached out to the vault to have this corrected. We were informed it would take 7-10 business days for processing. I will have Leah call you tomorrow for the update.

I can't apologize enough for the error on our end with this.

Best,

Tyler Gallagher

### Regal Assets | Chief Executive Officer

280 South Beverly Drive, 5th Floor | Beverly Hills, CA 90212 | 1 213 814 6608
Main: 1 877 962 1133 | Fax: 1 877 962 1551 | Web: www.regalassets.com

Confidential Material Warning - This email and any files or attachments transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If the reader of this e-mail is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any use, dissemination, distribution, forwarding, or copying of this email or any files or attachments by anyone other than the intended recipient, or an employee or agent responsible for delivery of the message to the intended recipient, is strictly prohibited.

**From:** k.campbell1@frontier.com <k.campbell1@frontier.com>
**Sent:** Wednesday, August 4, 2021 5:14 PM
**To:** Tyler Gallagher <tgallagher@regalassets.com>
**Subject:** Re: Kevin, I am the CEO of Regal Assets

It has been over a week and still nothing. I am still waiting for some information on what has happened. What do I need to do to get some answers?

On Wednesday, July 28, 2021, 3:50:44 PM EDT, Tyler Gallagher <tgallagher@regalassets.com> wrote:

Hi Kevin,

I will address this with our Team to see what is going on. This could very well be a vault issue with reporting. Thank you for bringing this to my attention.

Best,

Tyler Gallagher

**Regal Assets | Chief Executive Officer**

280 South Beverly Drive, 5th Floor | Beverly Hills, CA 90212 | 1 213 814 6608

Main: 1 877 962 1133 | Fax: 1 877 962 1551 | Web: www.regalassets.com

**Confidential Material Warning** - This email and any files or attachments transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If the reader of this e-mail is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any use, dissemination, distribution,

## Re: Kevin, I am the CEO of Regal Assets

From:   k.campbell1@frontier.com (k.campbell1@frontier.com)

To:     tgallagher@regalassets.com

Date:   Monday, August 8, 2022 at 11:31 AM EDT

Mr. Tyler Gallagher,

Very disappointed in how everything progressed or should I say didn't progress. This has been going on too long now and should have been completed last years. It has been a year and a half with nothing happening with the $250000 still pending that was sent to you from Kingdom Trust to purchase gold. I have contacted your company many times over this time and getting the same answer back stating they will get back with me which never occurs. I want to terminate the agreement I had with Regal Assets and have my money returned to Kingdom Trust. I have started working with another company and require the money you have that belongs to me. Please have this returned ASAP.

Regards,

Kevin Campbell

On Monday, March 22, 2021 at 11:19:20 AM EDT, <tgallagher=regalassets.com@regalassets.securesend.org> wrote:

Kevin,

My name is Tyler Gallagher and I am the current CEO of Regal Assets. I wanted to personally take the time to introduce myself to you because I know how important this moment is for you. Regal Assets was built around putting the client first, which starts with proper communication and proper communication starts from the top. I have made it my goal since starting with Regal Assets in 2009 to provide a customer service experience like no other in our industry.

Kevin, I want you to receive nothing short of a five star customer service experience with Regal Assets. This is something I take very seriously because I know that you can take your business anywhere. It is important for me to stay on top of our customer service experience and to not let it slide. I would appreciate greatly if you could help me do that. I can be reached anytime via email it does not matter what time of day or week. I would be eternally grateful for all feedback good or bad. This type of feedback is what has helped us build Regal Assets into the incredible international company it is today.

Thank you again for your interest in Regal Assets and allowing us the privilege of working with you. I hope to hear from you in the near future.

Sincerely,

Tyler Gallagher

**Regal Assets** | **Chief Executive Officer**

# Exhibit F

The Kingdom Trust Company
PO Box 870
Murray, KY   42071

# Kevin R Campbell Traditional IRA



**KINGDOM**
**TRUST**

Kevin R Campbell
Kevin R Campbell
9087 River Hollow Cv.
Fort Wayne, IN   46835

Account:          RAP032908
Report Period:    From 1/1/2021 To 12/31/2021

## Portfolio Summary



|  | Market Value | % Portfolio |
|---|---|---|
| Cash & Equivalents (CAS) | $20.80 | 0.01% |
| Other (OTH) | $249,979.20 | 99.99% |
| **Total Assets** | $250,000.00 | 100.00% |
| **Total Account Balance** | **$250,000.00** | **100.00%** |

CAS

OTH

## Activity Summary

|  | Current Period | Year To Date |
|---|---|---|
| **Beginning Market Value** | $0.00 | $0.00 |
| **Receipts** |  |  |
| Contribution | $250,000.00 | $250,000.00 |
| **Total Receipts** | $250,000.00 | $250,000.00 |
| **Change in Market Value** | $0.00 | $0.00 |
| **Ending Market Value** | $250,000.00 | $250,000.00 |

## Asset Statement

| Ticker Symbol | Units | Description | Cost Basis | Unit Price | Market Value | % of Acct | Unrealized Gain/Loss |
|---|---|---|---|---|---|---|---|
| **Cash & Equivalents** |  |  |  |  |  |  |  |
| **Cash** |  |  |  |  |  |  |  |
|  |  | Principal Cash | $20.80 |  | $20.80 |  |  |
|  |  | Income Cash | $0.00 |  | $0.00 |  |  |
|  |  | Total Cash | $20.80 |  | $20.80 | 0.0 |  |

# Kevin R Campbell Traditional IRA



**KINGDOM TRUST**

## Asset Statement

| Ticker Symbol | Units | Description | Cost Basis | Unit Price | Market Value | % of Acct | Unrealized Gain/Loss |
|---|---|---|---|---|---|---|---|
| **TOTAL Cash & Equivalents** | | | $20.80 | | $20.80 | 0.0 | |
| **Other** | | | | | | | |
| **Pending Precious Metals** | | | | | | | |
| PMPENDING | 249,979.2 | PENDING PRECIOUS METALS PURCHASE | $249,979.20 | $1.00 | $249,979.20 | 100.0 | $0.00 |
| **TOTAL Pending Precious Metals** | | | $249,979.20 | | $249,979.20 | 100.0 | $0.00 |
| **TOTAL Other** | | | $249,979.20 | | $249,979.20 | 100.0 | $0.00 |
| **GRAND TOTAL ASSETS** | | | $250,000.00 | | $250,000.00 | 100.0 | $0.00 |

## Transaction Statement

| Date | Description | Units / Price | Income Cash | Principal Cash | Cost Basis |
|---|---|---|---|---|---|
| **Beginning Balances** | | | **$0.00** | **$0.00** | **$0.00** |
| **Receipts** | | | | | |
| **Contribution** | | | | | |
| 4/7/2021 | IRA CASH TRANSFER DEPOSIT INC WIRE NSF  UB REF# 2300 | | $0.00 | $250,000.00 | $0.00 |
| **Total Contribution** | | | **$0.00** | **$250,000.00** | **$0.00** |
| **Investment Activity** | | | | | |
| 5/7/2021 | PURCHASE OF PRECIOUS METALS PENDING PRECIOUS METALS PURCHASE (WIRE) Regal Assets OUTGOING WIRE FOR PM | 249,979.2 $1.00 | $0.00 | ($249,979.20) | $249,979.20 |
| **Total Investment Activity** | | **249,979.2** | **$0.00** | **($249,979.20)** | **$249,979.20** |
| **Ending Balances** | | | **$0.00** | **$20.80** | **$249,979.20** |

# Exhibit G